IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Ryan Bagwell                          )
5219 Shorecrest Drive                 )
Middleton, WI 53562                   )
(608) 466-9195,                       )
                                      )
                                      )
         *Plaintiff*                  )
                                      )
    v.                                )       Civil Action No. 15-CV-334 *CKK*
                                      )
U.S. Department of Education          )
400 Maryland Avenue, SW               )
Washington, D.C. 20202,               )
                                      )
         *Defendant*                  )

## MOTION FOR CM/ECF USER NAME AND PASSWORD

NOW COMES Plaintiff Ryan Bagwell, appearing *pro se*, to respectfully move the Court to permit Plaintiff to obtain an ECF user name and password pursuant to LCvR 5.4 (b)(2). In support thereof, Plaintiff states the following:

1. Plaintiff is presently a named party in the above case.

2. Plaintiff is a professional Internet software developer with vast knowledge of computer use.

3. Plaintiff has dedicated and reliable Internet access at his disposal.

4. Plaintiff regularly sends and receives e-mail and has the capability to exchange e-mail with Defendants, the Court and the ECF filing system.



RECEIVED
Mail Room

MAR 16 2015

Angela D. Caesar, Clerk of Court
U.S District Court, District of Columbia

5. Plaintiff has experience with composing documents electronically, converting said documents to Portable Document Format ("PDF") and filing documents electronically with the Commonwealth Court of Pennsylvania.

6. Plaintiff has viewed the Clerk's online CM/ECF tutorial.

7. Plaintiff understands and agrees to all rules and regulations governing the use of the CM/ECF filing system.

WHEREFORE, Plaintiff respectfully requests that the Court (1) grant the Motion for CM/ECF User Name and Password, and; (2) grant such other relief as is equitable and just.

Respectfully submitted,

Ryan Bagwell
5219 Shorecrest Drive
Middleton, WI 53562
608-466-6195
ryan@ryanbagwell.com

Date: 3/9/15