**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| RYAN BAGWELL,<br>    Plaintiff<br>v.<br>U.S. DEPARTMENT OF EDUCATION,<br>    Defendant | Civil Action No. 15-334 (CKK) |

**ORDER**
(March 20, 2015)

The Court has received Plaintiff's [3] Motion for CM/ECF User Name and Password. The Motion is DENIED.

Local Civil Rule 5.4(b)(2) states that "[a] pro se party may obtain a CM/ECF password from the Clerk with leave of Court. Whether leave of Court should be granted is within the discretion of the judge to whom the case is assigned." In an exercise of its discretion, the Court **DENIES** Plaintiff's motion **WITHOUT PREJUDICE**. Plaintiff may re-file such a motion at a later date, after the Court has a better sense of how this litigation will proceed.

The Clerk of the Court shall mail a copy of this Order to Plaintiff at his address of record.

    **SO ORDERED.**

                                                        /s/
                                        COLLEEN KOLLAR-KOTELLY
                                        United States District Judge