```
                    IN THE UNITED STATES DISTRICT COURT
                        FOR THE DISTRICT OF COLUMBIA
_____
                            )
RYAN BAGWELL (pro se)       )
5219 Shorecrest Drive       )
Middleton, WI 53562         )
(608) 466-9195,             )
                            )
             Plaintiff,     )
                            )
     v.                     )  Civil Action No. 15-0334 (CKK)
                            )
U.S. DEPARTMENT OF EDUCATION)
400 Maryland Avenue, SW     )
Washington, D.C. 20202,     )
                            )
             Defendant.     )
_____)
```

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Marina Utgoff Braswell, Assistant U.S. Attorney, as counsel of record for defendant in the above-captioned case.

Respectfully submitted,

 /s/
MARINA UTGOFF BRASWELL, D.C. BAR #416587
Assistant United States Attorney
U.S. Attorney's Office, Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2561
marina.braswell@usdoj.gov