**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| RYAN BAGWELL | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) Civil Action No. 15-0334 (CKK) |
|  | ) |
| U.S. DEPARTMENT OF EDUCATION | ) |
|  | ) |
| Defendant. | ) |

## ERRATA

Upon filing its Notice of Appearance, defendant did not attach a Certificate of Service. Defendant hereby advises the Court that a copy of the Notice of Appearance and this Errata have been served on plaintiff by First-Class Mail, postage prepaid on this date.

Respectfully submitted,

/s/
MARINA UTGOFF BRASWELL, D.C. BAR #416587
Assistant United States Attorney
U.S. Attorney's Office, Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2561
marina.braswell@usdoj.gov

**CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the foregoing was served by First-Class Mail, postage prepaid to:

RYAN BAGWELL
5219 Shorecrest Drive
Middleton, WI 53562

on this 14th day of April, 2015.

                /s/
                MARINA UTGOFF BRASWELL,
                Assistant United States Attorney
                U.S. Attorney's Office, Civil Division
                555 4th Street, N.W.
                Washington, D.C. 20530
                (202) 252-2561
                marina.braswell@usdoj.gov