**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| |  |
|---|---|
| RYAN BAGWELL,<br>    Plaintiff<br>v.<br>U.S. DEPARTMENT OF EDUCATION,<br>    Defendant | Civil Action No. 15-334 (CKK) |

**ORDER**
(April 28, 2015)

   This case comes before the Court upon the filing of Defendant's Answer to Plaintiff's Complaint in which Defendant states that the U.S. Department of Education issued its final response to Plaintiff's FOIA request on April 23, 2015. In light of this filing, it is hereby

   **ORDERED** that the parties shall MEET AND CONFER and file a Joint Status Report proposing a schedule for proceeding in this matter. The parties shall file the schedule no later than **May 28, 2015**.

   The Clerk of the Court shall mail a copy of this Order to Plaintiff at his address of record.

   **SO ORDERED.**

                                                             /s/
                                              COLLEEN KOLLAR-KOTELLY
                                              United States District Judge