**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                        )
                                        )
RYAN BAGWELL,                           )
                                        )
            Plaintiff,                  )
                                        )
            v.                          ) Civil No. 15-0334 CKK
                                        )
U.S. DEPARTMENT OF EDUCATION,           )
                                        )
            Defendant.                  )
_____)


**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, defendant respectfully requests an extension of time, to and including June 18, 2015, in which to produce to plaintiff the list of categories of documents withheld from plaintiff under the Freedom of Information Act ("FOIA").  The grounds for this motion are as follows.

Defense counsel regrets having to file this unopposed motion on the due date for the list, but lead defense counsel has been unable to reach agency counsel to obtain the list to pass on to plaintiff.  At present defendant is not seeking an extension of any other deadlines, because defense counsel is hopeful that this problem will be rectified immediately, thereby not causing a disruption to the remaining dates set forth in this Court's Minute Order dated May 29, 2015.  Nonetheless, out

of an abundance of caution, defense counsel has requested an extension to June 18th, in case the list has not yet been completed.  Defense counsel has assured plaintiff that she will give him an update as soon as she can get the necessary information.

Plaintiff has graciously informed defense counsel that this motion will not be opposed.

Accordingly, for the foregoing reasons, defendant respectfully requests that Defendant's Unopposed Motion for Extension of Time be granted.

Respectfully submitted,

VINCENT H. COHEN, JR. D.C. BAR # 471489
Acting United States Attorney

DANIEL F. VAN HORN, D.C. BAR # 924092
Chief, Civil Division


  /Marina Utgoff Braswell
MARINA UTGOFF BRASWELL, D.C. BAR #416587
Assistant United States Attorney
U.S. Attorney's Office, Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2561
marina.braswell@usdoj.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                        )
                                        )
RYAN BAGWELL,                           )
                                        )
               Plaintiff,               )
                                        )
          v.                            ) Civil No. 15-0334 CKK
                                        )
U.S. DEPARTMENT OF EDUCATION,           )
                                        )
               Defendant.               )
_____)


## ORDER

     Upon consideration of Defendant's Unopposed Motion for

Extension of Time, and the entire record in this case, and it

appearing to the Court that the unopposed motion should be

granted for good cause shown, it is hereby

     ORDERED that defendant's unopposed motion is granted; and it

is further

     ORDERED that defendant may have to and including June 18,

2015, in which to produce to plaintiff the list of categories of

documents withheld from plaintiff under the Freedom of

Information Act.


                         UNITED STATES DISTRICT JUDGE