**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| RYAN BAGWELL, <br><br>    Plaintiff, <br> v. <br><br> THE UNITED STATES DEPARTMENT OF EDUCATION, <br><br>    Defendants. | Civil Action No. 15-0334 CKK |

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, defendant respectfully requests an extension of time, to and including July 31, 2015, in which to complete production of defendant's <u>Vaughn</u> declarations to plaintiff, in this Freedom of Information Act case.

On this date defendant has provided to plaintiff certain requested declarations. One declaration, addressing all requested justifications for the withholding of records in part or in full and 85 newly released pages of emails or email chains (with redactions), continues to be rejected by plaintiff's email address, to which the <u>Vaughn</u> declarations are supposed to be sent. Defense counsel has been unable to reach plaintiff to address this problem. Defense counsel will try and work this out with plaintiff as soon as they make contact.

In addition, defendant is currently unable to provide one other of the declarations necessary to fully describe the scope of the search conducted. In the interest of maximum transparency, and to ensure that the full completeness of the search is accurately captured

and memorialized, the declarant at issue attempted to refresh her memory by reexamining the 57 emails or email chains that she had previously examined when the search was conducted. Unfortunately, due to a miscommunication regarding the location of the saved search results, the search results had been inadvertently deleted. Defendant is currently rerunning the search to retrieve the emails, and anticipates that it will be completed by July 27, 2015, and the declarant's Vaughn declaration completed, on or before, July 31, 2015.

Both of these problems were not discovered until this afternoon. Defense counsel has been unable to reach plaintiff to determine his position on this motion. Defense counsel will report to the Court plaintiff's position as soon as she can make contact with him.

Accordingly, for the foregoing reasons, defendant requests that this motion be granted.

Respectfully submitted,

VINCENT H. COHEN, JR.
D.C. BAR # 471489
Acting United States Attorney
 for the District of Columbia

DANIEL F. VAN HORN,
D.C. BAR # 924092
Chief, Civil Division

 /s/ *Marina Utgoff Braswell*
MARINA UTGOFF BRASWELL,
D.C. BAR #416587
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 252-2561

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| RYAN BAGWELL,<br><br>    Plaintiff,<br> v.<br><br>THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>    Defendants. | Civil Action No. 15-0334 CKK |

## ORDER

Upon consideration of defendant's motion for extension of time, and the complete record herein, it is on this ___ day of July, 2015,

ORDERED that defendant's motion is granted; and it is further

ORDERED that defendant may have to and including July 31, 2015, to complete production of defendant's <u>Vaughn</u> declarations.

                UNITED STATES DISTRICT JUDGE