UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
                                    )
RYAN BAGWELL,                       )
                                    )
            Plaintiff,              )
                                    )
      v.                            )    Civil No. 15-0334 CKK
                                    )
U.S. DEPARTMENT OF EDUCATION,       )
                                    )
            Defendant.              )
_____ )

**DEFENDANT'S NOTICE TO THE COURT**

     Defendant hereby notifies the Court that plaintiff has consented to defendant's motion for extension of time, filed on July 24, 2015, at Docket No. 14.  Defendant has resolved the computer problem regarding the declaration rejected by plaintiff's email address on July 24th, and yesterday completed the search to retrieve emails needed for the one remaining outstanding <u>Vaughn</u> declaration.  The declarant is working on completing her declaration.

                                     Respectfully submitted,

                                     VINCENT H. COHEN, JR. D.C. BAR # 471489
                                     Acting United States Attorney

                                     DANIEL F. VAN HORN, D.C. BAR # 924092
                                     Chief, Civil Division

                                     */Marina Utgoff Braswell*
                                     MARINA UTGOFF BRASWELL, D.C. BAR #416587
                                     Assistant United States Attorney
                                     U.S. Attorney's Office, Civil Division
                                     555 4th Street, N.W.
                                     Washington, D.C. 20530
                                     (202) 252-2561
                                      marina.braswell@usdoj.gov