**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

RYAN BAGWELL,                          )
                                       )
                Plaintiff,             )
                                       )
        v.                             )        Civil No. 15-cv-00334 CKK
                                       )
U.S. DEPARTMENT OF EDUCATION,          )
                                       )
                Defendant.             )
_____ )

**<u>DEFENDANT'S UNOPPOSED MOTION FOR TO AMEND BRIEFING SCHEDULE</u>**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, defendant respectfully

requests an amendment of the current briefing schedule, extending the time for defendant to file

its motion for summary judgment, and extending the dates for the briefs that follow as well.  The

grounds for this motion are as follows.

In this Freedom of Information Act case, defendant U.S. Department of Education has

provided plaintiff with a <u>Vaughn</u> index, and by letter dated August 4, 2015, plaintiff has

informed defendant that he seeks to challenge all of the exemptions cited by defendant.

Defense counsel is unable to complete defendant's dispositive motion by the current due date of

September 10th, because she is currently catching up on work delayed as a result of a recent fall

defense counsel had, from which she is still recovering.   Accordingly, the parties propose the

following schedule for further proceedings:

(1)  On or before September 24, 2015, defendant will file its motion for summary

judgment;

(2)  On or before November 6, 2015, plaintiff will file his opposition brief and cross-

motion for summary judgment;

(3)  On or before December 6, 2015, defendant will file its opposition/reply brief; and

(4)  On or before January 6, plaintiff will file his reply brief.

For the foregoing reasons, defendant requests that this unopposed motion be granted.

Respectfully submitted,

VINCENT H. COHEN, JR. D.C. BAR # 471489
Acting United States Attorney

DANIEL F. VAN HORN, D.C. BAR # 924092
Chief, Civil Division

 */s/Marina Utgoff Braswell*
MARINA UTGOFF BRASWELL, D.C. BAR #416587
Assistant United States Attorney
U.S. Attorney's Office, Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2561
 marina.braswell@usdoj.gov


SO ORDERED:          _____
                     United States District Judge



DATE: