# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RYAN BAGWELL**, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**UNITED STATES DEPARTMENT OF EDUCATION** )<br>)<br>Defendant. )<br>) | Civil Action No. 1:15-CV-334 (CKK) |

## PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT

Plaintiff Ryan Bagwell hereby opposes Defendant's September 25, 2015 Motion for Summary Judgment, and cross-moves for summary judgment in favor of Plaintiff. A statement of genuine issues of material facts not in dispute and memorandum of points and authoritie filed herewith.

Respectfully submitted,

_____
Ryan Bagwell
22 Cowdrey Lane
Acton, MA 01720
(608) 466-6195
ryan@ryanbagwell.com